IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>   Plaintiff,<br><br> vs.<br><br>CHARLES LEE, M.D., et al.,<br><br>   Defendants. | No. C 06-7512 TEH (PR)<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND INSTRUCTIONS TO THE CLERK |

On March 15, 2007, Plaintiff filed a motion, which was received but not filed, seeking voluntary dismissal of this case with prejudice. On April 16, 2007, Defendants filed a notice of non-opposition to the motion. Good cause shown, Plaintiff's motion for voluntary dismissal with prejudice is GRANTED. See Fed. R. Civ P. 41(a)(2); Westlands Water Dist. v. United States, 100 F.3d 94, 96 (9th Cir. 1996) (motion for voluntary dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion). The Clerk shall file the document as a motion, terminate the motion as decided by this order, enter judgment, and close the file.

SO ORDERED.

DATED:  04/23/07

*/s/ Thelton E. Henderson*
THELTON E. HENDERSON
United States District Judge